No. 671. MUNSON INLAND WATER LINES, INC. *v.* KUNKEL. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-

cuit denied. *Messrs. Corydon B. Dunham* and *James A. Gray* for petitioner. *Mr. Ezra G. B. Fox* for respondent.